**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FRANCISCO JAVIER LOPEZ RICO,

      Petitioner,

v.                                     No. 2:26-cv-00039-DHU-KK

WARDEN, in his or her official capacity as
Warden of the Otero County Processing
Center; FIELD OFFICE DIRECTOR, in his
or her official capacity as Field Office Director
of the El Paso Field Office of Enforcement and
Removal Operations, U.S. Immigration and
Customs Enforcement; TODD M. LYONS, in
his official capacity as Acting Director,
Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as
Secretary, U.S. Department of Homeland Security;
and PAMELA JO BONDI, in her official capacity as
Attorney General of the U.S.,

      Respondents.

## ORDER STRIKING PETITIONER'S MOTION FOR REVIEW AND REQUEST FOR IMMEDIATE RELEASE (DOC. 11)

THIS MATTER is before the Court on Petitioner Francisco Javier Lopez Rico's *pro se* Motion for Review and Request for Immediate Release ("Motion"). Doc. 11. Having reviewed the Motion and the relevant law, the Court **STRIKES** Petitioner's Motion.

Under the District of New Mexico's Local Rules of Civil Procedure, a party who is represented by counsel may not personally make any filings, other than a notice of appeal, or represent himself unless otherwise ordered. D.N.M.LR-Civ 83.5. Petitioner is represented by counsel in these proceedings. Petitioner, therefore, cannot personally make any filings, including the present Motion.

1

Under the Local Rules of Civil Procedure, a party's counsel must submit any filings electronically. D.N.M.LR-Civ. 5.1. Accordingly, even if Petitioner's counsel did in fact submit the present Motion, the Motion does not comply with the Local Rules because it was submitted by mail rather than electronically. *See* Doc. 11 at 6.

The Court, therefore, **STRIKES** Petitioner's *pro se* Motion for Review and Request for Immediate Release (Doc. 11) from the docket in this case. As the Court is not ruling on the Motion on the merits, the Court will grant Petitioner and his counsel leave to file a new Motion for Review and Request for Immediate Release. Any such motion must comply with the Local Rules, and must be filed within fourteen (14) days of this Order.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE